LARRY D. COMPTON
CHAPTER 13 TRUSTEE
400 D Street, Suite 210
Anchorage, AK  99501
Telephone (907) 276-6660
FAX       (907) 258-3348

**FILED**

MAY 26 2010

CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

In re:                                    )
                                          )
ROBIN J. KEOGH,                           )    Case no.  A 04-00979 DMD
                                          )    Chapter 13
                                          )
          Debtor(s),                      )
                                          )
_____)

### REPORT OF UNCLAIMED MONIES

**TO THE HONORABLE DONALD MacDONALD IV, Bankruptcy Judge:**

**Comes now, Larry D. Compton, Chapter 13 Trustee, and respectfully represents:**

1. Having received money from the above captioned estate, and that on January 29, 2010, payment of dividend was made, and that 90 days have elapsed since the issuance of said dividend check to creditor.

2. Such check has not cleared the bank, and is now outstanding in the amount of $.90.

THEREFORE, pursuant to Title 11, U.S.C. 347 (a), a negotiable instrument in the amount of $.90 made payable to the "Clerk of the Court", for the unclaimed funds in the above-referenced estate is made for payment into the Registry of the Court. The name and address, so far as known, of the person entitled to a portion of said funds and the amount of their dividend is as follows:

| **Creditor** | **Check Date & Amt.** | **Claim No.** |
|---|---|---|
| Capital One Financial<br>PO Box 85167<br>Richmond, VA 23285 | 1/29/10    $ .90 | 12 |

Dated this 26 day of May 2010.

_____
Larry D. Compton
Chapter 13 Trustee

RECEIPT # 21005
FEE AMT $ .90    INT .00